# DAHIYA LAW OFFICES LLC
*Attorneys*
350 Broadway Suite 412
New York, New York 10007
Tel: 212-766 8000   Fax: 212 766 8001
e-mail: dahiya@legalpundit.com

August 26, 2011

Marylou Martin, Esq.
Office of The United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
Facsimile: (718) 422-4990

Re: David W. Taylor Jr. ( Case No. 11-46833)
Inam U. Satti ( Case No. 11-46832)
Man Kit NG. ( Case No. 11-46867)

Dear Ms. Lou:

These listed case have been assigned to Robert Geltzer, Panel Trustee. We want these cases be reassigned to any other trustee from the panel. Robert Geltzer has sued me personally, I have filed a motion for withdrawal of reference and also counter claimed abuse of process. As long as this law suit is pending, we do not want my case to be assigned to this trustee. Fairness is not only to be done, it must be seen to be done. It is my duty to protect my client and see that they are treated properly and with respect. My clients are concerned that they might be unfairly treated because of this law suit. This trustee does not make any difference to me personally, but I am concerned looking from my clients perspective. This is my second letter. Please advise what you propose to do. If I do not hear from you, I will be moving the court for change of trustee.

Sincerely,
Karamvir S. Dahiya, Esq. for the debtors.

08/26/2011 FRI 12:52   FAX 12127668001   DAHIYA LAW OFFICES LLC   ☒001
Case 1-11-46867-cec   Doc 9   Filed 08/31/11   Entered 08/31/11 16:29:38

```
*********************
*** FAX TX REPORT ***
*********************

              TRANSMISSION OK

JOB NO.                 2595
DESTINATION ADDRESS     17184224990
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME                08/26 12:52
USAGE T                 00'19
PGS.                    1
RESULT                  OK
```

DAHIYA LAW OFFICES LLC
*Attorneys*
350 Broadway Suite 412
New York, New York 10007
Tel: 212-766 8000   Fax: 212 766 8001
e-mail: dahiya@legalpundit.com

August 26, 2011

Marylou Martin, Esq.
Office of The United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
Facsimile: (718) 422-4990

Re: David W. Taylor Jr. (Case No. 11-46833)
    Inam U. Satti (Case No. 11-46832)
    Man Kit NG. (Case No. 11-46867)

Dear Ms. Lou:

These listed case have been assigned to Robert Geltzer, Panel Trustee. We want these cases be reassigned to any other trustee from the panel. Robert Geltzer has sued me personally, I have filed a motion for withdrawal of reference and also counter claimed abuse of process. As long as this law suit is pending, we do not want my case to be assigned to this trustee. Fairness is not only to be done, it must be seen to be done. It is my duty to protect my client and see that they are treated properly and with respect. My clients are concerned that they might be unfairly treated because of this law suit. This trustee does not make any difference to me personally, but I am concerned looking from my clients perspective. This is my second letter. Please advise what you propose to do. If I do not hear from you, I will be moving the court for change of trustee.

Sincerely,

Karamvir S. Dahiya, Esq. for the debtors.