LAW OFFICES OF

# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

September 21, 2011

**BY FAX ONLY (212) 766-8001**

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
350 Broadway Suite 412
New York, NY 10013

      Re:    Inam U. Satti - Case No. 11-46832 (JBR)
               David W. Taylor, Jr. - Case No. 11-46833 (JBR)
               Man Kit Ng - Case No. 11-46867-CEC

Dear Mr. Dahiya:

      This is anent your ill-conceived letters of August 26, 2011 to Ms. Martin (whose name is not Ms. Lou). You and your clients failed to appear on September 13, 2011 for examinations, and you failed to send me their petitions, schedules, tax returns, pay stubs and Consumer Credit Counseling Certificates; indeed, you failed to appear even though you were in the building on that day and time.

      You do not want to appear before me but, rather, would prefer another trustee. Regrettably, no one can "shop" for a trustee of his or her liking, just as trustees cannot exclude particular cases, or debtors, or debtors' attorneys, much as they might wish so to do. Thus, rather than move to dismiss (to the great disadvantages of your clients) these three cases, I have adjourned all three to <u>October 11, 2011 at 1:00 p.m.</u>

      The only one who is now disserving your clients is you; I would not have told them that I sued you or anything else about your improper acts and practices, and I wonder why you chose to do so. Your clients and you will be treated absolutely fairly by me and I hope that they will be served appropriately by you, so you have nothing to fear.

                                            Yours, etc.

                                            Robert L. Geltzer

RLG:ayh

    cc:    Alicia M. Leonhard, Esq. (by email only)
           Marylou Martin, Esq. (by email only)

```
                    TRANSMISSION VERIFICATION REPORT

                                            TIME  : 09/22/2011 08:25
                                            NAME  : ROBERT L GELTZER
                                            FAX   : 2124100400
                                            TEL   : 2124100100
                                            SER.# : L8J833380


DATE,TIME                        09/22  08:25
FAX NO./NAME                     12127668001
DURATION                         00:00:15
PAGE(S)                          01
RESULT                           OK
MODE                             STANDARD
                                 ECM
```

LAW OFFICES OF

# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

October 17, 2011

**BY FAX ONLY (718) 422-4990**

Alicia M. Leonhard, Esq.
Assistant United States Trustee
Eastern District of New York
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

    Re:    Inam U. Satti - Case No. 11-46832 (JBR)
            David W. Taylor, Jr. - Case No. 11-46833 (JBR)
            Man Kit Ng - Case No. 11-46867-CEC

Dear Ms. Leonhard:

    The above three bankruptcy cases were filed by Mr. Dahiya and assigned to me, as Trustee. All were scheduled for 341 meetings on September 13, 2011. Because no one appeared, no adjournments were requested, and no documents were provided as required, I sent to Mr. Dahiya the September 21, 2011 letter, another copy of which is attached.

    With respect to Inam U. Satti, the Clerk dismissed the case on September 23, 2011 and, it is my understanding, that the case has been refiled and assigned to another trustee.

    With respect to David W. Taylor, Jr., and Man Kit Ng, no one again appeared on October 11, 2011 at 1:00 p.m., and, thus, I have adjourned the cases yet again to November 8, 2011 at 1:15 p.m.

    It appears clear to me that Mr. Dahiya improperly, unethically and, perhaps, illegally seeks to shop for a trustee (and, perhaps, a judge) of his choosing, in clear disrespect of, and injury to, his clients, and the system under which we all operate.

    Thus, I respectfully request you investigate his conduct, and further request your assistance in securing the attendance of the debtors at 341 meetings. I also point out that, according to the August 10, 2011 Notice of Commencement, the date to object to discharge is November 14, 2011.

I thank you in advance for your attention and consideration of this matter, and remain

Sincerely and respectfully,

Robert L. Geltzer

RLG:ayh
Enclosure

cc: Marylou Martin, Esq. (by email only)

TRANSMISSION VERIFICATION REPORT

```
                                           TIME   : 10/17/2011 13:23
                                           NAME   : ROBERT L GELTZER
                                           FAX    : 2124100400
                                           TEL    : 2124100100
                                           SER.#  : L8J833380
```

| | |
|---|---|
| DATE,TIME | 10/17 13:22 |
| FAX NO./NAME | ED TRUSTEE |
| DURATION | 00:00:25 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



U.S. Department of Justice

Office of the United States Trustee
*Eastern District of New York*
*Brooklyn Division*

---

*271 Cadman Plaza East, Suite 4529*
*Brooklyn, New York 11201*
*Telephone Number 718-422-4960*
*Facsimile Number 718-422-4990*

**VIA EMAIL** <u>karam@bankruptcypundit.com</u>

November 19, 2011

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
350 Broadway, Suite 412
New York, NY 10013

Re:  David W. Taylor, Case No. 11-46833-jbr
     Man Kit Ng, Case No. 11-46867-cec
     Inam U Satti, Case Nos. 11-46832-jbr and 11-48120-jbr

Dear Mr. Dahiya:

    This letter is a follow up to our conversation regarding the appointment of Robert L. Geltzer as chapter 7 trustee in the above-entitled cases, and your letter, dated August 26, 2011, to Trial Attorney Marylou Martin, requesting that the United States Trustee assign a different trustee to the cases because you are engaged in litigation with Mr. Geltzer in another case. During our conversation, I told you that trustees are assigned to cases under an established procedure and debtors are not free to reject the appointed trustee. I also reminded you that as a professional, you have to act in the best interests of your clients even though the trustee or other parties may be adversaries in other matters.

    I recently learned that Mr. Taylor and Mr. Ng failed to appear for their Section 341(a) meetings on September 13, 2011. I also learned that on September 17, 2011, the court dismissed Mr. Satti's case for failure to file schedules and other documents, and that on September 23, 2011, while the first case was still open, you filed a second case for Mr. Satti in which Robert Musso is the assigned trustee.

Your requests for a new trustee in these three cases coupled with your failure to prosecute them give rise to an inference of improper "trustee shopping." Your actions prejudice your clients' interests and impugn the integrity of the bankruptcy system.

I understand that you are now willing to appear with Mr. Taylor and Mr. Ng for their Section 341 meetings. Mr. Geltzer's next calendar is set for December 13, 2011 and he has agreed to examine your clients at 1:00 p.m. on that date.

Please confirm with Mr. Geltzer and me in writing, no later than twelve noon on November 25, 2011, that you and your clients will appear for examination on December 13, 2011, at 1:00 p.m. If we do not hear from you by the deadline, we will assume that you do not intend to appear and the Brooklyn Office may seek relief against you and your clients, including disgorgement of your fees under 11 U.S.C. § 329 and dismissal of the cases under 11 U.S.C. § 707(a).

Very truly yours,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Alicia M. Leonhard
    Alicia M. Leonhard
    Assistant United States Trustee


cc: Robert L. Geltzer, Esq. (via email)
    Marylou Martin, Trial Attorney (via email)

LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100
FACSIMILE (212) 410-0400

February 3, 2012

BY EMAIL

Alicia M. Leonhard, Esq.
Assistant United States Trustee
Eastern District of New York
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

Re: Karamvir Dahiya

Dear Ms. Leonhard:

This is to confirm our discussion regarding Mr. Dahiya wherein I advised you that:

With respect to the case of Man Kit Ng, 11-46867-CEC, which, as you and Ms. Martin are aware, has a long history of non-appearances because of Mr. Dahiya, a discharge was inadvertently issued. Nevertheless, Mr. Dahiya agreed to appear with his client on February 14, 2012 at 1:15 p.m. However, when I requested that various documents in connection with Debtor's wholly-owned business: "In Hair Inc." be turned over to my intended accountant, Mr. Dahiya refused to do so on the spurious ground that Mr. Plotzker has not yet been retained.

With respect to Frank W. Knauf, 11-40064-CEC, Judge Craig ordered on August 3, 2011 that, pursuant to Federal Rule of Bankruptcy Procedure 2004, the Debtor turn over to me certain books and records by August 29, 2011. On September 14, 2011, I wrote to Mr. Dahiya advising him that no documents had been turned over. The examination was ordered to be held on November 7, 2011 but was adjourned at Mr. Dahiya's request. On January 18, 2012, by telephone, Mr. Dahiya stated that he had two boxes of documents to turn over. I instructed him to turn them over to my Court-appointed accountant. Instead, he had his client, Mr. Knauf, deliver the two boxes to my office on Thursday, I believe on January 26, 2012. Mr. Knauf told me that Mr. Dahiya told him not to deliver them to the accountant but, instead, to me. Moreover, Mr. Knauf said that he had provided the documents to Mr. Dahiya who had them for over two months. Still further, Mr. Knauf said that Mr. Dahiya caused Mr. Knauf to expend his money to copy all the documents rather than to send me the originals.

If you have any questions or comments, or wish to discuss this with me or with my accountant, certainly, feel free to call us.

Sincerely and respectfully,

Robert L. Geltzer

RLG:ayh

cc:  Marylou Martin, Esq. (by email)

LAW OFFICES OF

# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

March 15, 2012

**BY FAX ONLY (212) 766-8001**

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
350 Broadway Suite 412
New York, NY 10013

      Re:   **Man Kit Ng - Case No. 11-46867-CEC**

Dear Mr. Dahiya:

    Without any consent, you and your client failed to attend the continued 341 meeting on March 13, 2012 at 1:15 p.m., which I have again adjourned to April 10, 2012 at 1:15 p.m. at which time you must attend.

    At the meeting you attended in February, you were directed to amend Schedule F to include the dates that the debts were incurred, as is required; unless I am mistaken, you have not done so; thus, do so forthwith.

    Additionally, again, unless I am mistaken, I am still awaiting documents of the Debtor and his wholly own business, In Hair, Inc., to be sent to my accountant, Andrew W. Plotzker, CPA, whose name and address appear below.

    If all of the above is not attended to thoroughly and promptly, I shall bring an action to revoke and deny your client's discharge.

                                               Very truly yours,

                                               Robert L. Geltzer

RLG:ayh

    cc:   Andrew W. Plotzker, CPA (by fax only)
              Davis, Graber, Plotzker & Ward, LLP, 150 E. 58th Street, 20th Floor
              New York, New York 10155

BROADCAST REPORT

```
TIME  : 03/16/2012 15:10
NAME  : ROBERT L GELTZER
FAX   : 2124100400
TEL   : 2124100100
SER.# : L8J833380
```

| PAGE(S) | 01 |
|---------|----|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|------|------|--------------|----------|---------|--------|---------|
| 03/16 | 15:09 | PLOTZKER | 22 | 01 | OK | ECM |
| 03/16 | 15:10 | 12127668001 | 14 | 01 | OK | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX
```