| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | **13-3589448** |

-----------------------------------------------------------

| | |
|---|---|
| In Re: | **Chapter 7** |
| **MAN KIT NG,** | Case No. 11-46867-CEC |
| Debtor. | **AFFIDAVIT OF SERVICE** |

-----------------------------------------------------------

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

    I, Audilyn Heywood, being duly sworn, say:

    I am not a party to the action, am over 18 years of age and reside at 5 Paerdegat 7th Street, Brooklyn, New York 11236.

    On April 26, 2012, I served the within **Notice of Presentment of Application for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Examination and the Production of Documents** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository within New York City and State, under the exclusive care and custody of the U.S. Postal Service, addressed to each of the following persons at the last known address set forth after each name:

| | |
|---|---|
| Karamvir Dahiya, Esq.<br>350 Broadway, Suite 400<br>New York, NY  10013 | Man Kit Ng<br>34 Chrissy Court<br>Staten Island, NY  10310 |

 

/s/ Audilyn Heywood
Audilyn Heywood

Sworn to before me on this
26th day of April, 2012.

/s/ Robert L. Geltzer
    NOTARY PUBLIC

ROBERT L. GELTZER
Notary Public, State of New York
No. 02GE1400580
Qualified in New York County
Commission Expires May 31, 2015

C:\WPDIRS\BANK.PLE\NOTPRESTL.AFF